UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 11-61760-CV-Dimitrouleas/Snow

BARBARA KLINE,

    Plaintiff,

v.

JONATHAN KLINE, P.A. a Florida
Corporation; JONATHAN KLINE,
Individually; WORLD TITLE COMPANY,
A Florida corporation, PALM COAST
CASTLE GROUP, LLC, a Florida limited
liability company; SPORTS CAPITAL GROUP,
INC., a Florida corporation and WINDMILL
BANKER REAL ESTATE CORPORATION,
a Florida corporation,

    Defendant.
_____/

## MOTION FOR DEFAULT

The Plaintiff, Barbara Kline, pursuant to Rule 55, Fed.R.Civ.Proc. and by and through her undersigned counsel, and moves for entry of a default by the clerk against the Defendants, Jonathan Kline, P.A., Jonathan Kline, individually, World Title Company, Palm Coast Castle Group, LLC, Sports Capital Group, Inc., and Windmill Banker Real Estate Corporation, for failure to serve any paper on the undersigned or file any papers required by law.

_____
GREG CHONILLO, ESQ.
FLORIDA BAR NO.: 0298300
1540 NW 15th Street Road

        Miami, Fl 33125
        Telephone No: 786.360.1017
        Fax No: 305.326.1006
        Email:greg@chonillo.mailstreet.com

## DEFAULT

A DEFAULT is entered in this action against the Defendant(s) named in the foregoing motion for failure to serve or file any paper as required by law.

Dated this _____ day of _____, 2011.

        STEVEN LARIMORE, as Clerk of Court
        United States District Court
        Southern District of Florida

BY:_____

        As Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to:

JONATHAN KLINE, P.A. a Florida
Corporation, 2761 Executive Park Drive
Weston, Florida 33327

JONATHAN KLINE, individually
2761 Executive Park Drive
Weston, Florida 33327

WORLD TITLE COMPANY,
A Florida corporation,
2761 Executive Park Drive
Weston, Florida 33327

PALM COAST
CASTLE GROUP, LLC, a Florida limited
liability company;
2761 Executive Park Drive
Weston, Florida 33327

SPORTS CAPITAL GROUP,
INC., a Florida corporation
2761 Executive Park Drive
Weston, Florida 33327

WINDMILL
BANKER REAL ESTATE CORPORATION,
a Florida corporation, 2761 Executive Park Drive
Weston, Florida 33327

, this 1st day of September, 2011.

        Respectfully submitted,

        GREG CHONILLO, ESQ.
        FLORIDA BAR NO.: 0298300
        1540 NW 15th Street Road
        Miami, Fl 33125
        Telephone No: 786.360.1017
        Fax No: 305.326.1006
        Email:greg@chonillo.mailstreet.com